IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | 1:10-CR-00063-JTC-LTW |
| THELONIUS MILES CLARK, | |
| Defendant. | |

### MAGISTRATE JUDGE'S ORDER

Counsel for Defendant has notified the undersigned magistrate judge that there is no need for a pretrial conference. There are no pending motions or additional problems which would prevent the scheduling of this case for trial;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be and the same is hereby declared **CERTIFIED READY FOR TRIAL.**

**SO ORDERED** this **19th** day of **MARCH, 2010**.

/s/Linda T. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)