```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:10-CR-63-JTC |
| | : | |
| THELONIUS MILES CLARK | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

By the authority of the undersigned, count One of the Indictment, filed February 17, 2010, charging violations of Title 18, U.S.C. Sections 1344 and 2, is dismissed without prejudice as to THELONIUS MILES CLARK and Movant prays leave of Court to file the same.

                                        SALLY QUILLIAN YATES
                                        UNITED STATES ATTORNEY

                            By: /s/ Gale McKenzie
                                      GALE McKENZIE
                                      ASSISTANT UNITED STATES ATTORNEY
                                      (404)581-6000
                                      FAX: (404)581-6181
                                      Georgia Bar No. 494800

                                      /s/ Christopher C. Bly
                                      CHRISTOPHER C. BLY
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Georgia Bar No. 064634

### O R D E R

Now, to-wit, on the _____ day of _____, 2010, upon motion of the United States Attorney, leave to file the above dismissal is granted without prejudice on such terms as are contained in the Government's motion herein above.

                                      _____
                                      JACK T. CAMP
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

> Vionnette Reyes Johnson
> Federal Defender Program, Inc.
> 100 Peachtree Street, Suite 1700
> Atlanta, Georgia 30303

This 14th day of May, 2010.

> /s/CHRISTOPHER C. BLY
> ASSISTANT UNITED STATES ATTORNEY
> Chris.Bly@usdoj.gov