IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   NO. 1:10-CR-63-JTC |
| | : |
| THELONIUS MILES CLARK | : |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

By the authority of the undersigned, count One of the Indictment, filed February 17, 2010, charging violations of Title 18, U.S.C. Sections 1344 and 2, is dismissed without prejudice as to THELONIUS MILES CLARK and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: /s/ Gale McKenzie
GALE McKENZIE
ASSISTANT UNITED STATES ATTORNEY
(404)581-6000
FAX:  (404)581-6181
Georgia Bar No.  494800

/s/ Christopher C. Bly
CHRISTOPHER C. BLY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 064634

### O R D E R

Now, to-wit, on the ___21___ day of ___May___, 2010, upon motion of the United States Attorney, leave to file the above dismissal is granted without prejudice on such terms as are contained in the Government's motion herein above.

JACK T. CAMP
UNITED STATES DISTRICT JUDGE